IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUDY ANN JEAN KEETER,

     Appellant,

v.

CHASE HOME FINANCE,
L.L.C.,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2152

_____/

Opinion filed April 7, 2015.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Judy Ann Jean Keeter, pro se, Appellant.

William L. Grimsley of McGlinchey Stafford, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., MARSTILLER and OSTERHAUS, JJ., CONCUR.